UNITED STATES DISTRICT COURT
SOUTHExN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MIJARES ROSALES LUNA, *individually and
on behalf of others similarly situated,*

                     *Plaintiff,*

      -against-

GRACIE MEWS RESTAURANT CORP.
(D/B/A GRACIE MEWS DINER), GRACIE
MEWS LLC (D/B/A GRACIE MEWS
DINER), MIHAIL KREATSOULAS aka
MIKE, STEVE KREATSOULAS, AMBROS
DOE , and TIMMY DOE ,

                     *Defendants.*
-----------------------------------------------------------X

20-cv-8700 (GBD)



SO ORDERED:

George B. Daniels, U.S.D.J.

Dated: FEB 1 0 2021

### ORDER OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY Ordered that, as per Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i), this action is hereby dismissed without prejudice in its entirety against Defendants GRACIE MEWS RESTAURANT CORP. (D/B/A GRACIE MEWS DINER), GRACIE MEWS LLC (D/B/A GRACIE MEWS DINER), MIHAIL KREATSOULAS aka MIKE, STEVE KREATSOULAS, AMBROS DOE , and TIMMY DOE.

Dated: February ___, 2021

                                              SO ORDERED:

                                              _____
                                              Hon. George B. Daniels